**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FCA US LLC,

                Plaintiff,

      v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                Defendants.

Case No. 26-cv-08653

**Judge Manish S. Shah**

**Magistrate Judge Laura K. McNally**

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff FCA US LLC ("Plaintiff") respectfully requests that this Court grant Berel Y. Lakovitsky leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Berel Y. Lakovitsky has been one of the attorneys of record for Plaintiff.

2. Mr. Lakovitsky will be leaving the law firm of Greer, Burns & Crain, Ltd.

3. Plaintiff will continue to be represented by the undersigned counsel from the firm of Greer, Burns & Crain, Ltd.

WHEREFORE, Plaintiff respectfully requests that the Court grant Berel Y. Lakovitsky leave to withdraw as one of the attorneys of record in this action.

1

Dated this 27th day of July 2026.

Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*

2